IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LESLIE F. ROGERS, <u>et al.</u> | * | |
| Plaintiffs | * | |
| v. | * | Civil Action JKB-03-298 |
| SAVINGS FIRST MORTGAGE, LLC, <u>et al.</u>, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**<u>STIPULATION OF DISMISSAL FOR PLAINTIFFS MARK A. B AINBRIDGE, JOHN BOHLANDER, JERRY DALTON, TRINI FLOWERS, JOSEPH HOWELL, JOSEPH LARICCI, JASON LEVY, ANTRE LEWIS, STEVEN NEVILLE, LYLE PEARCY, JOHN POLLOCK, SALVATORE POLLOCK, SCOTT REIBER, MICHAEL THOMAS, ERRICK THURMAN, RAZAK SIDIK, JOHN VANLUIT, DARRELL WARREN, KATIE WHICKER, AND DEREK WINSTEAD</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Mark A. Bainbridge, John Bohlander, Jerry Dalton, Trini Flowers, Joseph Howell, Joseph LaRicci, Jason Levy, Antre Lewis, Steven Neville, Lyle Pearcy, John Pollock, Salvatore Pollock, Scott Reiber, Michael Thomas, Errick Thurman, Razak Sidik, John VanLuit, Darrell Warren, Katie Whicker and Derek Winstead dismiss their claims against Defendants with prejudice.  This stipulation does not affect any of the other Plaintiffs in this case.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Robert H. Ingle, III (Bar No. 15128) | Bradford W. Warbasse (Bar No. 07304) |
| Todd R. Chason (Bar No. 15036) | Suite 407, The Can Company |
| 233 E. Redwood Street | 2400 Boston Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21224 |
| (410) 576-4079 | (410) 276-8808 |
| | |
| Attorneys for Defendants | Attorney for Plaintiffs |

Comment: